RECEIVED

FEB 26 2019

U.S. District Court
Eastern District of MO

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION**

)
)
)
Plaintiff(s), Melissa White )
)
v. )
)
Steak N Shake )
36 S Pennsylvania Street, Ste:500 )
Indianapolis, IN 46204 )
317-633-4100 )
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

Case No. _____
(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☑   NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)

## PARTIES

2.   Plaintiff's name: _Melissa White_

Plaintiff's address: _995 Grenoble Lane_
Street address or P.O. Box

_Florissant, Mo 63033_
City/ County/ State/Zip Code

_314-598-7512_
Area code and telephone number

3.   Defendant's name: _Steak N Shake Inc_

Defendant's address: _36 S. Pennsylvania Street, Ste. 500_
Street address or P.O. Box

_Indianapolis, IN 46204_
City/County/State/ Zip Code

_317-633-4100_
Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.     If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

1955 N Highway 67  Florissant  Missouri  63033
(Street Address)                (City/County)              (State)   (Zip Code)

5.     When did the discrimination occur?  Please give the date or time period:

January 5, 2018

## ADMINISTRATIVE PROCEDURES

6.     Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes    Date filed: 5/25/2018

☐ No

7.     Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: 11/14/2018

☐ No

8.     Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.     If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

_____ harassment

__✓__ other conduct (specify): I was retaliated for reporting health code violations at the restaurant I worked at the relevant time period.

Did you complain about this same conduct in your charge of discrimination?

__✓__ Yes                              _____ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

___✓  race

_____  religion

_____  national origin

___🌀  color

___✓  gender

_____  disability

_____  age (birth year is: _____)

_____  other:

Did you state the same reason(s) in your charge of discrimination?

☑ Yes                    ☐ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

On 1/5/2018, I was terminated from my employment after I notified mangers of Steak N Shake that I was going to report a safety food violation to the health department, in result of Steak N Shake selling contaminated meat.

A non-white male took pictures of the contaminated meat and informed manager of the contaminated meat. However, the male employee is still working for the company or was working for the company after I was terminated. I am unaware of any disciplinary action taken against him. Overall, I was treated differently and adversely based on my race, color and gender.

(Continue to page 6, if additional space is needed.)

5

Further, Steak N Shake is still retaliating against me by wrongfully terminating me and protesting my unemployment benefits. It falsely alleges that I voluntarily quit and walked out of the job when I was actually told by the manager to clock out and don't return to the job.

(Attach additional sheets as necessary).

6

13.     The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

As remedy, I seek the end of the discrimination and any relief deems just and proper by the court. I would like my day in court to seek damages.

14.     Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26 day of February, 2019.

Signature of Plaintiff _____

8